# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143263

ARCHIE A. VAN ELSLANDER,
      Plaintiff-Appellant,

v

                            SC: 143263
                            COA: 299703
                            Oakland CC: 2003-051583-CZ

THOMAS SEBOLD AND ASSOCIATES,
INC., HOME INSPECTORS NORTH, INC.,
and LINCOLN WOOD PRODUCTS, INC.,
      Defendants,

and

DANIEL S. FOLLIS and MARY
ELIZABETH FOLLIS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 10, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

                                 Clerk

d1017